UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re HUGO ESTRADA SANCHEZ,<br><br>  Petitioner, | CASE NO. SA CV 14-791-JGB (PJW)<br>CASE NO. SA CV 14-1722-JGB (PJW)<br><br>[~~PROPOSED~~] ORDER DISMISSING<br>HABEAS CORPUS PETITION AND<br>REQUEST FOR BOND HEARING AS MOOT |

Petitioner is a native and citizen of Mexico. In April 2013, an Immigration Judge ordered his removal from the United States. Petitioner appealed to the Board of Immigration Appeals but his appeal was denied in September 2013. He then filed a petition for review in the Ninth Circuit Court of Appeals, which was denied in February 2014, making his removal final.

In May 2014, Petitioner filed a Petition in this court, seeking an order compelling immigration authorities to hold a bond hearing and to release him from custody pending his removal. SA CV 14-791-JGB (PJW). Petitioner also filed a petition for review in the Ninth Circuit, which the circuit construed as a petition for writ of habeas corpus and transferred the case to this court. SA CV 14-1722-JGB (PJW).

On October 15, 2015, Respondent notified the Court that Petitioner had been removed from the United States. *See* Government's Status Report.

Petitioner's removal from the United States has rendered his petitions--seeking only release from custody pending removal--moot. *See Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007) (noting petitioner's release from detention mooted his challenge to the legality of his extended detention) (citing *Riley v. INS*, 310 F.3d 1253, 1256-57 (10th Cir. 2002)); *Miranda v. Reno*, 238 F.3d 1156, 1159 (9th Cir. 2001) (holding district court does not have jurisdiction over immigration case where Petitioner was lawfully removed). For these reasons, Petitioner's cases are hereby dismissed.

IT IS SO ORDERED.

DATED: __October 20, 2015__ .

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\wrogers\Desktop\Order & judgment dismissing.wpd