JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re HUGO ESTRADA SANCHEZ,<br><br>    Petitioner, | CASE NO. SA CV 14-791-JGB (PJW)<br>CASE NO. SA CV 14-1722-JGB (PJW)<br><br>JUDGMENT |

    The matters having been rendered moot by Petitioner's removal from the United States, it is hereby adjudged that the cases be and are hereby DISMISSED.

DATED: October 20, 2015.

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

C:\Users\wrogers\AppData\Local\Temp\notes97E53A\Order & judgment dismissing.wpd